JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID VAN GILDER,

               Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 14-5909-SP

**JUDGMENT**

     Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: January 7, 2016

_____
SHERI PYM
United States Magistrate Judge