UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN GILDER, | ) |
| | ) CASE NO.: 2:14-cv-05909-SP |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| NANCY A. BERRYHILL, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) subject to the terms of the stipulation.

DATED: January 22, 2018

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-